UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

REGINALD E. EASLEY,

    Plaintiff,

v.

                                            Civil Action 2:21-cv-0032
                                            Chief Judge Algenon L. Marbley
                                            Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

The parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is **GRANTED**. (ECF No. 18). Accordingly, Plaintiff is awarded attorney's fees in the amount of **$3,200.00**, and no costs. Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States that is subject to offset. *See Astrue v. Ratliff*, 560 U.S. 586, 597–98 (2010). If Plaintiff does not owe a debt to the United States, the Government shall pay Plaintiff's EAJA fees directly to his counsel.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 22, 2021